**DISMISS; and Opinion Filed December 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01419-CV

## IN THE MATTER OF MICHAEL CHRISTOPHER GABRIEL, II AND ALISA NICOLE HILL-ARVEYO

### On Appeal from the 292nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. CV15-00487-V

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Schenck
Opinion by Justice Lang-Miers

Appellant has filed a motion requesting we dismiss this appeal. We grant the motion and

dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

151419F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF MICHAEL CHRISTOPHER GABRIEL, II AND ALISA NICOLE HILL-ARVEYO

No. 05-15-01419-CV

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV15-00487-V.
Opinion delivered by Justice Lang-Miers.
Justices Bridges and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee Nicole Hill-Arveyo recover her costs, if any, of this appeal from appellant Michael Christopher Gabriel, II.

Judgment entered this 29th day of December, 2015.